David E. Rayborn  ISB #3308
raybornlegal@gmail.com
1689 W. Shoreline Dr. #412
Boise, ID 83702
(208) 233-3914

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | Case No. 18-40887-JDP |
| ) | |
| MICHAEL RICHARD KELLEY ) | Chapter 13 |
| CAMI SUE CHRISTIANSEN-KELLEY, ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |

**CONDITIONAL WITHDRAWAL OF OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW Creditor Southeast Financial of Pocatello, Inc., through undersigned counsel, and withdraws objection to debtors' Chapter 13 Plan, conditioned upon confirmation by the court with inclusion of treatment of creditor's claim as provided in the amended version of the Chapter 13 Plan filed by debtors on January 18, 2019, as Docket Number 63.

/s/ David E. Rayborn